IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK COOPER HARRIS, III** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**SCI CAMP HILL, WARDEN OF SCI** )<br>**CAMP HILL** and **DISTRICT** )<br>**ATTORNEY OF ALLEGHENY** )<br>**COUNTY,** )<br>)<br>Respondents. ) | 2:24cv1294<br>**Electronic Filing** |

## MEMORANDUM ORDER

AND NOW, this 12th day of February, 2025, after *de novo* review of the record and upon due consideration of [10] the magistrate judge's report and recommendation filed on October 23, 2024, and [13] plaintiff's proposed amended petition in response thereto, IT IS ORDERED that [1] the Petition for Writ of Habeas Corpus be, and the same hereby is, dismissed and the concomitant request for a certificate of appealability is denied. The [10] report and recommendation as augmented below is adopted as the opinion of the court.

Petitioner's efforts to cure the deficiencies highlighted in the report and recommendation are without merit. His attempt to seek refuge in his lack of understanding of legal concepts and his trust in God as viable options for obtaining relief fail to meet the stringent standards governing this court's review of the petition for habeas corpus relief. Consequently, the petition must be dismissed.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Frederick Cooper Harris, III
MV5356
SCI Camp Hill
P. O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001

(*Sent Via First Class Mail*)